06-CV-05248-ORD

```
_____ FILED _____ LODGED
         _____ RECEIVED
        FEB - 1 2007
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

Hon. Consuelo Bland Marshall

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JIM HAYES, and similarly situated persons with disabilities, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, CITY OF TACOMA, and DOES 1-10, inclusive, <br><br> Defendants. | NO. C06-5248CBM <br><br> STIPULATION AND ORDER OF DISMISSAL |

The parties hereby stipulate that all claims and causes brought by Plaintiff Jim Hayes against all parties are dismissed with prejudice and without costs.

DATED this 15th day of November 2006.

GRANT & ASSOCIATES

_[signed] Artis Grant Jr. 11/14/06_
Artis G. Grant, Jr., WSBA #26204
Jessica Jozefowicz, WSBA #35814
Attorneys for Plaintiff Jim Hayes

ROB McKENNA
Attorney General

_[signed] Timothy Esten_
TIMOTHY E. STEEN, WSBA #35560
AARON V. ROCKE, WSBA #31525
Assistant Attorneys General
Attorneys for Defendant State of Washington

_Please see attached signature page_
MARGARET ELOFSON, WSBA #23038
City of Tacoma
Attorneys for Defendant City of Tacoma

STIPULATION AND ORDER
OF DISMISSAL
NO. 06-5248 CBM

1

ATTORNEY GENERAL OF WASHINGTON
Tort Claims Division
800 Fifth Ave. Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

Hon. Consuelo Bland Marshall

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JIM HAYES, and similarly situated persons with disabilities,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, CITY OF TACOMA, and DOES 1-10, inclusive,<br><br>Defendants. | NO. C06-5248CBM<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties hereby stipulate that all claims and causes brought by Plaintiff Jim Hayes against all parties are dismissed with prejudice and without costs.

DATED this _____ day of October 2006.

GRANT & ASSOCIATES

_____
Artis G. Grant, Jr., WSBA #26204
Jessica Jozefowicz, WSBA #35814
Attorneys for Plaintiff Jim Hayes

_____
MARGARET ELOFSON, WSBA #23038
City of Tacoma
Attorneys for Defendant City of Tacoma

ROB McKENNA
Attorney General

_____
TIMOTHY E. STEEN, WSBA #35560
AARON V. ROCKE, WSBA #31525
Assistant Attorneys General
Attorneys for Defendant State of Washington

STIPULATION AND ORDER OF DISMISSAL
NO. 06-5248 CBM

1

ATTORNEY GENERAL OF WASHINGTON
Tort Claims Division
800 Fifth Ave. Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1    Having considered the above stipulation, it is hereby ORDERED that all claims and
2    causes brought by Plaintiff Jim Hayes against all parties are dismissed with prejudice and
3    without costs.

     DATED this 21st day of December 2006. *(November struck through)*

6
7                                           _____
                                            Consuelo Bland Marshall
8                                           United States District Court Judge

9    Presented by:

10   ROB McKENNA
11   Attorney General

12
13   _____
     Aaron V. Rogge, WSBA # 31525
14   Timothy E. Steen, WSBA # 35560
     Assistant Attorneys General
15   Attorneys for State of Washington
     800 Fifth Avenue Suite 2000
16   Seattle, Washington 98104-3188
     Office:   (206)464-7352
17   Fax:      (206) 587-4229
     E-mail:   aaronr@atg.wa.gov
18   E-mail:   timothys@atg.wa.gov
19

20   *Approved as to form and notice of presentation waived:*

21   GRANT & ASSOCIATES

22

23   _____
24   Artis C. Grant, Jr., WSBA #26204
     Jessica Jozefowicz, WSBA #35814
25   Attorneys for Plaintiff Jim Hayes
26   3002 South 47th Street

| | |
|---|---|
| 1 | Tacoma, Washington 98409 |
| 2 | Telephone: (253) 472-6213 |
|   | Fax: (253) 473-9695 |
| 3 | E-mail: agrant@lawdome.com |
|   | E-mail: jjozefowicz@lawdome.com |

CITY OF TACOMA

*Margaret Elofson* (signature)

Margaret Elofson, WSBA #23038
747 Market Street, #1120
Tacoma, Washington 98402
Telephone: (253) 591-5888
Fax: (253) 591-5755
E-mail: Margaret.Elofson@ci.tacoma.wa.gov

STIPULATION AND ORDER
OF DISMISSAL
NO. 06-5248 CBM

3

ATTORNEY GENERAL OF WASHINGTON
Tort Claims Division
800 Fifth Ave. Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2006, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy E. Steen
timothyS@atg.wa.gov; torseaef@atg.wa.gov; dianaH@atg.wa.gov; julieN@atg.wa.gov

Aaron V. Rocke
aaronr@atg.wa.gov; Torseaef@atg.wa.gov; julied1@atg.wa.gov; kristiB2@atg.wa.gov

Artis C. Grant, Jr.
agrant@lawdome.com; kwalton@lawdome.com

Jessica Jozefowicz
jjozefowicz@lawdome.com

Margaret Elofson
Margaret.Elofson@ci.tacoma.wa.gov

ROB MCKENNA
Attorney General


/s/ Timothy E. Steen
TIMOTHY E. STEEN, WSBA #35560
Assistant Attorney General
Attorney for Defendant State / UW
900 Fourth Avenue, Suite 2200
Seattle, Washington 98164
(206) 464.7720 – Direct
(206) 587.4229 – Facsimile
timothys@atg.wa.gov

STIPULATION AND ORDER OF DISMISSAL
NO. 06-5248 CBM

4

ATTORNEY GENERAL OF WASHINGTON
Tort Claims Division
800 Fifth Ave. Suite 2000
Seattle, WA 98104-3188
(206) 464-7352